*1211 (Reported below: 79 Fed. Appx. 70);
(79 Fed. Appx. 69);
(79 Fed. Appx. 18);
(79 Fed. Appx. 17);
(79 Fed. Appx. 75);
(78 Fed. Appx. 425);
(79 Fed. Appx. 40);
(79 Fed. Appx. 35);
*1212 (79 Fed. Appx. 37);
(79 Fed. Appx. 80);
(79 Fed. Appx. 29);
(79 Fed. Appx. 33);
(79 Fed. Appx. 43);
(79 Fed. Appx. 41);
(78 Fed. Appx. 424);
(79 Fed. Appx. 44);
(78 Fed. Appx. 423);
(79 Fed. Appx. 28);
(79 Fed. Appx. 27);
(79 Fed. Appx. 36);
(79 Fed. Appx. 45). C. A. 5th Cir. Certiorari denied.